ACCEPTED
01-14-00395-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 10:27:56 AM
CHRISTOPHER PRINE
CLERK



1201 Franklin Street, 13th Floor
Houston, Texas 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 10:27:56 AM
CHRISTOPHER A. PRINE
Clerk

713.368.0016
713.368.9278  eFax

The Honorable Christopher Prine
Clerk
First Court of Appeals
301 Fannin St., Room 208
Houston, TX. 77002

August 11, 2015

Re: *Joshua Williams v. State of Texas*, cause number 01-14-00395-CR

To the Clerk:

Pursuant to TEX. R. APP. P. 48.4, please find a copy of the certified mail return receipt for the letter sent to the Appellant, Joshua Williams, containing a copy of the opinion affirming his conviction.  The copy of the certified mail return receipt is attached to this letter.  Additionally, the letter contained information regarding the Appellant's right to a pro se PDR and the relevant rules from the Texas Rules of Appellate Procedure. I have informed the Appellant that I will not be filing a PDR on his behalf.

Regards,

/s Mark Kratovil
Mark Kratovil
Assistant Public Defender
Texas Bar Number 24076098
1201 Franklin Street, 13th Floor
Houston, Texas 77002
Telephone:    (713) 274-6728
Facsimile:     (713) 437-4339
mark.kratovil@pdo.hctx.net

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Williams
SPN 02515770
Harris County Jail, JA09/3F2 04A
1200 Baker St.
Houston, TX 77002

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Joshua Williams                  2-5-13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail®      ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7010 1870 0000 4639 9014